1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

4 | THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney

5

6 | 150 Almaden Boulevard, Suite 900
San Jose, California 95115

7 | Telephone: (408) 535-5065
FAX: (408) 535-5066
tom.colthurst@usdoj.gov

8

9 | Attorneys for United States of America

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN JOSE DIVISION

13

14 | UNITED STATES OF AMERICA,        )   CASE NO. 13-CR-00810-DLJ
                                    )
15 |         Plaintiff,              )   STIPULATION AND [] ORDER
                                    )   CONTINUING HEARING DATE
16 |    v.                           )
                                    )
17 | ANA RUBY PEREZ,                 )
                                    )
18 |         Defendant.              )
     _____ )

19

20      The defendant ANA RUBY PEREZ, represented by Bruce C. Funk, Esq., and the government,

21 represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the

22 sentencing hearing currently scheduled for October 30, 2014, be continued to November 6, 2014.

23      No other defendants are affected by this request. The parties are requesting that this sentencing

24 hearing be reset to November 6, 2014, because they need more time to frame their sentencing

25 recommendations.

26      November 6, 2014, is being used as a placeholder, and the co-defendants are set on that date for

27 a status hearing. This case will be reassigned and it is anticipated that the matters set on November 6,

28

STIPULATION AND [] ORDER
Case No. 13-CR-00810-DLJ

1

1  2014, will be immediately reset once a new judge is assigned.

2  SO STIPULATED:

4  Dated: October 22, 2014                    /S/
                                              Thomas A. Colthurst
5                                             Assistant United States Attorney

7  Dated: October 22, 2014                    /S/
                                              Bruce C. Funk, Esq.
8                                             Attorney for Defendant

10      Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing

11  for *United States v. ANA RUBY PEREZ*, scheduled for October 30, 2014, is continued to November 6,

12  2014, at 10:00 a.m.

15  DATED:  F€⌐⌐ЮUЮFl                         _____
                                              THE HONORABLE D. LOWELL JENSEN
                                              United States District Judge

STIPULATION AND [] ORDER
Case No. 13-CR-00810-DLJ

2